## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BP PLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY B. HAYWARD, IAIN C. CONN, ROBERT W. DUDLEY, BYRON E. GROTE, ANDY G. INGLIS, CARL-HENRIC SVANBERG, PAUL M. ANDERSON, ANTONY BURGMANS, CYNTHIA B. CARROLL, SIR WILLIAM M. CASTELL, GEORGE DAVID, IAN DAVIS, DOUGLAS J. FLINT, DEANNE S. JULIUS, H. LAMAR MCKAY, TRANSOCEAN LTD., TRANSOCEAN DEEP-WATER, INC., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., CAMERON INTER-NATIONAL CORPORATION, HALLIBURTON ENERGY SERVICES INC., "A, B, AND C" INSURANCE COMPANIES AS INSURERS OF TRANSOCEAN, "L, M, AND N" INSURANCE COMPANIES AS INSURERS OF CAMERON INTERNATIONAL, AND "X, Y, AND Z" INSURANCE COMPANIES AS INSURERS OF HALLIBURTON,<br><br>　　　　　Defendants,<br><br>　　and<br><br>BP PLC,<br><br>　　　　　Nominal Defendant. | Case No. 2:10-cv-1439<br><br>Section "F"<br><br>Judge Feldman<br><br>Magistrate 4 |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff herein voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a).

Dated: June 7, 2010.

                        Respectfully submitted,

                        KAHN SWICK & FOTI, LLC

                        By: _____
                        Lewis S. Kahn (La. Bar No. 23805)
                        Albert M. Myers (*pro hac vice*)
                        Paul Balanon (La. Bar No. 29076)
                        Melinda A. Nicholson (La. Bar No. 32911)
                        206 Covington Street
                        Madisonville, Louisiana 70447
                        Tel.: (504) 455-1400
                        Fax: (504) 455-1498

**Of counsel:**

BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP

G. Anthony Gelderman III (La. Bar No. 17594)
2727 Prytania Street, Suite 14
New Orleans, LA 70130
Tel. (504) 899-2339
Fax: (504) 899-2342

Mark Lebovitch
Amy Miller
Jeremy Friedman
1285 Avenue of the Americas
New York, NY 10019
Tel. (212) 554-1400
Fax: (212) 554-1444

                        *Attorneys for Plaintiff Louisiana Municipal Police Employees' Retirement System*